# EXHIBIT A

[ Sample – one of tens – of "Press Releases" by Mr. Anu, purporting to be "Secretary for Communications & IT", for an "Interim Government" for the "Federal Republic of Ambazonia" In this Press Release, he notes that the continuation of "Restoration Forces self-defense ***offensives***. ……keeping a watch against the invading French Cameroun soldiers and ***dealing with them as need be***. No Restoration Forces is allowed to lay down a single bullet, talk less of a gun"] (Emphasis are mine).



## FEDERAL REPUBLIC OF AMBAZONIA

**(Former British Southern Cameroons)**

Department of Communications & IT
5335 Wisconsin Ave. NW, Suite 440 Washington DC, 20015
Tel: 832-672-2759; E-mail: canu@ambazoniagov.org
PRREF#0050-12/02/2018

# Press Release

## GHOST TOWNS BREAK STANDS – IGNORE ALL DISTRACTIONS

The Interim Government, IG, draws your attention to a flurry of press statements making the rounds, calling on Ground Zero GZ, to ignore IG's announcement of a TEMPORAL SUSPENSION of Mondays' ghost towns. Let it be known that the IG isn't just another group, it is the people's governing authority for the Federal Republic of Ambazonia. It does not consider communiques or statements signed by figureheads whose sole motive is derailing the struggle as relevant to decisions taken for GZ interest.

The IG asks Ambazonians, especially on Ground Zero to **DISREGARD** all press releases or statements calling for the continuation of ghost towns on Mondays within the month of December, contrary to the decision that the IG has announced. The IG took the decision taking into cognizance the season, the difficulties, the sacrifices and the trials of Ambazonians on ground zero. We thought a little break, considering the festive season won't hurt the struggle. Christmas and New Year are moments of reflections and family reunions. Our families in the war front need the five days break (just for December) to have time with family, put out some of the stress, recuperate and begin the New Year in a new spirit of resolve and courage.

The decision does not stop Restoration Forces self-defense offensives. They shall continue as usual to defend the territory, keeping a watch against the invading French Cameroun soldiers and dealing with them as need be. No Restoration Force is allowed to lay down a single bullet, talk less of a gun.
Traders in our territory must be protected during these Mondays to make a little money for the families, and families should also be protected to do Christmas shopping for children. Ghost Towns resume on Monday January the 7th, 2019.

Please, pass this statement into the hands of everyone. Any other press statement on this matter not coming from the IG is null and void, and should be **DISREGARDED**.

**Yours Sincerely**

**Chris Anu**
**Secretary for Communications & IT**

1

# EXHIBIT B

Another Sample – one of tens – of "Press Releases" by Mr. Anu, purporting to be "Secretary for Communications & IT", for an "Interim Government" for the "Federal Republic of Ambazonia" In this Press Release, he notes that UN Peace Keeping Force "MUST LEAVE or be MADE to LEAVE. War isn't an experiment, it's real"

- Following this and prior releases, showing his material support of the violence and terror, alleged foreigners were attacked, tortured, and their economic interests ruined.

**14. November 30,2018– State of Revolution: Why we hold the UN to account**



**15. November 27, 2018– If the UN will not bring in a Peacekeeping Force...**



# EXHIBIT C

Another Sample – one of tens – of "Press Releases" by Mr. Anu, purporting to be "Secretary for Communications & IT", for an "Interim Government" for the "Federal Republic of Ambazonia" In this Press Release, he makes credible threas against all lawyers/attorneys who participate in elections, and provides services, expert advise, and material support, for violence and harm to be inflicted on the lawyers who don't obey.

Following this and prior releases, showing his material support of the violence and terror, some lawyers were harmed, threatened, intimidated, and beaten.



## FEDERAL REPUBLIC OF AMBAZONIA

**(Former British Southern Cameroons)**

Department of Communications & IT
5335 Wisconsin Ave. NW, Suite 440 Washington DC, 20015
Tel: 832-672-2759; E-mail: canu@ambazoniagov.org
**PRREF#0049-11/14/2018**

# Press Release

**INTERIM GOVERNMENT BANNS CAMEROUN BAR ELECTION CAMPAIGNS IN AMBAZONIA, CALLS ON COMMON LAW LAWYERS TO ABSTAIN FROM IT**

The Interim Government (IG) of the Southern Cameroons/Ambazonia has been monitoring, and observing events at the Cameroun Bar Association (CBA) within and beyond Ambazonia. The IG has been informed that the CBA is organizing its elections and an Elective General Assembly has been convened in la Republique du Cameroun's economic capital, Douala. The date is 24/11/2018.

The IG observes that some Common Law Lawyers of Ambazonia origin have plans to take part in the CBA elections. Some are vying for elective posts while others want to constitute the electorate. The IG reminds our lawyers: Common Law Lawyers that it is on record that the current revolution was ignited by them in October 2016 from what started off as a strike action before transforming into a full-blown revolution, and now Biya's War on Ambazonia.

The IG also recalls that our Common Law Lawyers all went back to court after the IG in a document (taking cognizance of the many cases of unlawful detention and military trials of our people by the colonial government) issued a press statement to that effect. The IG also recalls that since after igniting this revolution, our lawyers have continued to defend our innocent citizens before the colonial courts relentlessly. Many of our compatriots have been shot dead by the trigger-happy occupying forces of Mr. Biya for a revolution started by our brave men of the law, Common Law Lawyers. Hundreds of thousands of our people are in exile. Uncounted numbers internally displaced. Over 120 villages raised into flames. And you name the rest.

On account of the above, the IG hereby banns all campaigns in respect of the CBA elections throughout the territory of Ambazonia. The IG further calls on our Common Law Lawyers to repeat what our people (our lawyers inclusive), did on the 7/10/2018 and do the obvious: BOYCOTT the CBA ELECTIONS.

Any participation by our Common Law Lawyers in the CBA elections even by proxy, shall be considered an act of betrayal and treason against the people and Government of Ambazonia.

Thank you for yielding to the peoples' call.

Yours Sincerely

**Chris Anu**
Secretary for Communications & IT

1

# EXHIBIT D

Chris Anu, calling for the President of the Federal Republic of Cameroon to be "taken out," meaning, assassinated or killed. Such material support, expert advise, incitement, has resulted in the killings and destruction of many government members, some clients of ours, goods, property, and death of killings of their loved ones. Mr. Anu is here not only acting against all international anti-terrorism laws and violent crimes, he is also seeking the overthrow of a government by force, in violation of USA Statutes.

**25. November  10, 2018-How many more missionaries have to be killed before Paul Biya is taken out?**

 Chris Anu published a note.
10 November · ⊙



How Many More Missionaries Have to be
Killed Before Paul Biya is Taken Out?

By Chris Anu, (Secretary of Communications, Ambazonia Interim
Government)

On Tuesday, October 29th, the assassination was reported in our
territory, the Southern Cameroons/Ambazonia of Brother Charles
Trumann Wesco, an American Missionary serving with Calvary
Baptist Church in Sabga. Of course, I didn't know him. None of us
here at the Ambazonian Interim Government did. But I address him
as a br...

See more

 66                                                    23 comments  48 shares

Page link: https://www.facebook.com/notes/chris-anu/how-many-more-missionaries-have-to-be-killed-before-paul-biya-is-taken-out/10213617391854505/

# EXHIBIT E

Chris Anu, providing his material support and expert advise, that parents should not send their children to school. Because of his material support and expert advise, a majority of students in the NW and SW regions of Cameroon have missed the last two plus years of schooling and education, including some of our clients children.



## FEDERAL REPUBLIC OF AMBAZONIA

**(Former British Southern Cameroons)**

Department of Communications & IT
5335 Wisconsin Ave. NW, Suite 440 Washington DC, 20015
Tel: 832-672-2759; E-mail: canu@ambazoniagov.org
**PRREF#0027-08/28/2018**

# PRESS RELEASE

## Interim Government on School Resumption

Lots of people seem to have misconstrued Secretary of Communications' statement on the subject of school resumption in the Southern Cameroons, Ambazonia. The Interim Government's (IG) position and that of the Frontline Leaders was very clear emerging from the Washington DC All Ambazonia Consultative Conference (AACC). And the position is that the right to education is inalienable. As such, should parents deem that the right environment exist and that it is safe to send their kids to school anywhere in Ambazonia, - schools where anything French, including French teachers, are kept away, parents alone are in the position to make that call.

However, the IG cannot vouch for the safety and security of any child going to school and any school campus opened for business. The decision for any child going back to school will have to be the sole discretion of his or her parents.

The IG is of the view that 99.9% of schools in Ambazonia remain very insecure, unsafe and unfit for any schooling. Most school compounds have since been transformed into military camps for invading French Cameroun terrorist soldiers. The IG equally holds very strongly that most of the soldiers mean to target the young population of Ambazonia of school going age for assassination. Aware of this, the IG will not by any means encourage such young people to leave their current safe abodes to uncertainty only to be assassinated by Cameroun soldiers. Your children go to school at your own risk.

Yours Sincerely

**Chris Anu**
Secretary for Communications & IT

1



# FEDERAL REPUBLIC OF AMBAZONIA

**(Former British Southern Cameroons)**

Department of Communications & IT
5335 Wisconsin Ave. NW, Suite 440 Washington DC, 20015
Tel: 832-672-2759; E-mail: canu@ambazoniagov.org
**PRREF#0028-09/03/2018**

## Cameroun Soldiers Kidnap Students on Their Way to School

The Interim Government (IG) has received intelligence that French Cameroun (FC) soldiers
in Bamenda were on Thursday, August 30th, given instructions to kidnap some students of the
Presbyterian Girls Secondary School (PGSS) Bafut, suspected to be Amba restoration
fighters. Nine students of the school plus the Principal have been picked up.
Students of different colleges on their way to school were equally picked up by gunmen wearing FC's
military uniforms.

The IG is asking all parents to put the security and safety of their children first
before any decision to send them to school. We would rather that under the circumstances, parents be
encouraged to keep their children home than sending them to be kidnapped by uniform gun
men. We have made it unequivocally clear in previous communications that FC soldiers are out on
a mission to pick up the children because they believe the children are the ones confronting them as
Restoration Forces.

We reiterate once more, the incapability of this IG to offer any security
to students going to school and schools opened for classes. What
has happened in Bafut will happen anywhere else in Ambazonia because FC sees in our youths,
a big threat to their mission to reconquer us and our territory.

Yours Sincerely

**Chris Anu**
Secretary for Communications & IT

1

# EXHIBIT F

Chris Anu, pooling all groups to "come under" his Umbrella organization. The separatists groups, combined, are responsible for over 600 civilian deaths, 30,000 refugees, and 437,000 internally displaced persons. Critically, they have affected tens of millions of USA citizens investments in these regions that are now reduced to bile, and caused the deaths and destruction of family members and properties of USA citizens in these regions.

**61. June 25, 2018 – Need for a unique collaborative platform for all ground zero forces.**



Chris Anu
25 June · 🌐

About a month ago, I made a strong case for a unique collaborative platform for all ground zero forces. Shortsighted people didn't see what I saw. They were quick to nail the idea! But they can see it now... ADF attacking SOCADEF in a full blown battle in Mator. Now, the whole village is in the bush, not because of any invading Irc terrorists, but because of the ADF. Yes, the ADF!! Can all of us now come back to our senses and INSIST on a single defense platform under the ASC? It will stop this MADNESS of group warring against another. Groups that refuse to come under the umbrella should be denied DONATIONS - as simple as that. We should stop funding loners who perhaps are all about fame and power grab. What the hell is going on in Mator, is that the "Block by Block" they promised Ambazonians?
C.ANU

 121                    480 comments  105 shares

# EXHIBIT G

Chris Anu in a criminal RICO enterprise and fund raising for international terrorism and violence, via the www.mytriptobuea.com website. His fund raising activities and material support and financing of international terrorism have directly caused our clients losses of family members and property, as well as that of over half a million Cameroonian citizens. USA citizens economic interests, as well as those of family members, have been dilapidated and persons killed, due to his financing and fund raising activities of international terrorism.

**65. June 11, 2018 – Fundraiser in Texas with Mrs. Irene Ngwa, Director of Mytriptobuea and FRA Acting President Dr. Sako**



Chris Anu
11 June · 🌐

I can assure you that not too long to come after we get to Buea, this pic will be selling for thousands. But I want you to get a framable copy for your self now. Remember the iconic photos we see of Endeley, Foncha, Jua, etc. etc. today? This too shall one day be placed in those ranks to memorialize this struggle. Here was Mrs. Irene Ngwa, Director of Mytriptobuea. FRA Acting President, Dr. Sako and yours truly at a fundraiser in San Antonio, Texas, over the weekend.

I will mail a framable large copy of it to you for a small donation of $50, paid on the website www.mytriptobuea.com with a receipt. Receipt must indicate payment was made any day June 11, 2018 or after. Thank you.



😊👍❤️ 324                    215 comments  164 shares

**66. May 19, 2018 – Press Release: Alleged Negotiations with LRC**



**68. May 10, 2018 – Silence in the face of war is a provocation**



**69. May 9, 2018 – Ambazonians end all taxation to LRC**



**70. May 8, 2018 - All landlords in Ambazonia harboring colonial administrators of French Cameroun**



**71. May 8, 2018 - It's within Amba Laws for all French Signs to be taken down in our territory...**



# EXHIBIT H

**Chris Anu assorted training, expert advise, services, and material support to armed separatists groups, instructing them "I have said that hit and run and kidnappings are good strategies ...."....and "we must encourage groups to pick their targets very carefully .....our people see us in action."**



**The Debate**

*Disagreeing to Agree*                    03/12/2018

Brother, everything you have said is on point except that I have exceptions on paragraph 2.

The people don't care about the strategy? And we should not condemn certain practices? If it were left for you and me, I absolutely won't mind what crocket tactic we employ to get to Buea. But we cannot and must not encourage groups to do so because of the dicey nature of the struggle.

Our people have never known a civil war. They have always seen it on TV. It is easy to sit afar and say let them persevere, let them fight, not until the fight gets to your neck of the woods and your neighbors start to die and then you yourself start to cave in.

This fatigue element and a drain in moral is the reason why we have to discourage right now some actions that are not well thought out before execution. The wisdom here is that we are still in the early morning of the struggle and how long we still have to go is still very cloudy.

We are not even prepared yet to keep or occupy a small territory if LRC left one and ran away. How can we then provoke or encourage a situation that kills moral before we even figure out how to contain the outcome?

I have said that hit and run and kidnappings are good strategies as far as the targets are certain institutions and very high profile individuals like SDOs and some of these recalcitrant politicians. And you know where hit and run can be most effective too? Of course, LRC territory and their economic interests.

My simple point is that while we still figuring out real and effective direction, we should very much intentionally discourage anything that will get our own very people disillusioned. It is wisdom, not weakness. Villages are easy targets for LRC terrorists. You pick up theirs in there, and they come in daylight and burn down the place. But you target say Bamenda and kidnap a person there, it's impossible for them to come back and decimate Bamenda.

We must encourage groups to pick their targets very carefully so that collateral damage is minimized while at the same time our people see us as in action. That argues well for sustainability, especially of moral among our people in ground 0

# EXHIBIT I

**Credible threat of harm to attorney and family by ERIC LEMESSI, associate of Mr. Fobeneh, for bringing an anti-terrorism lawsuit against his leaders, Mr. Fobeneh and Mr. Tapang**

 **Djeric Lemessi** is with **Emmanuel Nsahlai**.

1 hr · 🌐

This is the lawyer whose firm is suing Tapang Ivo.

His name is Emmanuel Nsahlai...a good friend.

But I'm imploring him to drop that case altogether.

If not, he should be ready for the repercussions.

Not only on his life but that of his nearest family.

This anglophone struggle needs no sugar coating .



# EXHIBIT J

**Sample pictures, authenticated by family members our clients, of innocent civilians whose limbs, hands, fingers or other body organ, including head, have been chopped with a machete by terrorist armed groups directed controlled by Mr. Fobeneh**





**Luam Valentine** is 😔 feeling sad in Ekona.
2 hrs · 🌐                                                                                    •••

Yesterday In Ekona Was Come And See. The Head Of Two Tight Friends Were
Cut Off By Amba Boys After The Find Out That These Two Friends Were The
One Communicating With Cameroon Army To Bring Them Down, After The
Incident Happend The People In Ekona Were very Scared To Stay Back Many
Have Leave The Town, Some Are Saying My Home Is My Home I Better Stay
And Die.



















À PROPOS     DISCUSSION

WHAT PUNISHMENT CAN WE GIVE TO THIS
BAMELEKE PIG WHO CAME TO AMBAZONIA
JUST TO CAMPAIGN FOR PAUL BIYA

Voir la traduction



ANNULER LA DEMANDE D'ADHÉSION

  

