| | |
|---|---|
| 1<br>2<br>3<br>4 | GARY E. DEVLIN (SBN 210517)<br>gdevlin@hinshawlaw.com<br>HINSHAW & CULBERTSON LLP<br>11601 Wilshire Blvd., Suite 800<br>Los Angeles, CA 90025<br>Telephone: 310-909-8000<br>Facsimile: 310-909-8001 |
| 5<br>6<br>7<br>8 | ARSALAN A NAYANI (SBN 322149 )<br>anayani@hinshawlaw.com<br>HINSHAW AND CULBERTSON LLP<br>151 North Franklin Street Suite 2500<br>Chicago, IL 60606<br>Telephone: 312-704-3000<br>Fax: 312-704-3001 |
| 9 | Attorneys for Defendant CHRISTOPHER ANU FOBENEH |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, individually, and on behalf of all others similarly situated; DOES plaintiffs 1 through 1000,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER ANU FOBENEH a.k.a. CHRIS ANU, an individual; and DOES 1-5000,<br><br>Defendants. | Case No. 2:19-cv-00995-R-(SKx)<br>(Honorable Manuel L. Real, Courtroom 880)<br><br>**JUDGMENT OF DISMISSAL**<br><br><br><br>Complaint Filed: 2/8/19<br>Trial Date: Not Set |

On July 29, 2019, after having reviewed the moving papers in support of and in opposition to Defendant CHRISTOPHER ANU FOBENEH's Motion to Dismiss the Complaint filed by Plaintiff JANE DOE, the Court granted the Motion to Dismiss and terminated the case.

1
JUDGMENT OF DISMISSAL

304106010V1 1019702

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1. Plaintiff JANE DOE shall take nothing by way of the operative Complaint; and

2. Judgment on Plaintiff JANE DOE's Complaint shall be entered in favor of Defendant.

DATED: August 7, 2019

UNITED STATES DISTRICT COURT

By: *Gary Klausner*
Honorable R. Gary Klausner
United States District Judge